IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JERRY LEE WARNER, #84411                                                              PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.  2:07cv172 KS-MTP

LARRY HARDY, ET AL.                                                                DEFENDANTS

## ORDER ON MOTIONS

THIS MATTER is before the court on a motion to compel SMCI law library staff to provide postage and copies [44], and a motion for defendants to provide discovery [45], both filed by plaintiff on April 3, 2008.  Having considered the motions and the entire record in this matter, the court finds and orders as follows:

1.  Plaintiff's motion to compel SMCI law library staff to provide postage and copies [44] is denied as moot.  On April 9, 2008, plaintiff filed a change of address [46] indicating that he is currently incarcerated at Wilkinson County Correctional Facility.  Accordingly, the relief requested in his motion is now moot.

2.   Plaintiff's motion for defendants to provide discovery [45] is denied.  This case is still in the screening stage, and no discovery and/or scheduling order has been entered yet.  In addition, it appears that this motion is now moot, as defendants have filed a notice [47] indicating that they have served responses to plaintiff's first set of requests for production of documents. Accordingly, to the extent the motion is not moot, it is denied as premature.

SO ORDERED and ADJUDGED this the 24th day of April, 2008.

                                                               s/ Michael T. Parker
                                                               United States Magistrate Judge